

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| El Paso Independent School District, | § | No. 08-21-00021-CV |
| Appellant, | § | Appeal from the |
| v. | § | 448th District Court |
| Alejandro Portillo | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2016DCV3161) |
| | § | |

# **O R D E R**

The Court GRANTS the Appellee's third motion for extension of time within which to file the brief until **September 30, 2021.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Brad McClellan, the Appellee's attorney, prepare the Appellee's brief and forward he same to this Court on or before September 30, 2021

IT IS SO ORDERED this 26th day of August, 2021.


PER CURIAM


Before Rodriguez, C.J., Palafox and Alley, JJ.